

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

August 17, 2005

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CA-05-0006 Erie**

Dear Judge Baxter,


On **05/20/05** a letter was sent to your office informing you that directions for service have not been received on the above mentioned case for defendant(s) **Finn and Zapach** and requesting that this office be advised if further action was taken or needed to be taken.

It has been over 30 days and no indication has been received by this office. We are now closing our files. Please find the documents attached.


Sincerely,

Thomas Fitzgerald
United States Marshal
Western District of Pennsylvania

*[signature: Sheila Blessing]*

By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District Of Pennsylvania